IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-001634-BNB

CRAIG RAY MONTGOMERY,

    Plaintiff,

v.

AURORA PRESBYTERIAN HOSPITAL, et al.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Craig Ray Montgomery, initiated this action by submitting *pro se* a document titled "Notice of Intent of Suit." The Court reviewed the document and determined it was deficient. Therefore, on August 2, 2007, Magistrate Judge Boyd N. Boland entered an order directing the clerk of the Court to commence a civil action and directing Mr. Montgomery to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The August 2, 2007, order pointed out that Mr. Montgomery failed to submit on the proper, Court-approved form a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 or to pay the $350.00 filing fee. The August 2 order also pointed out that Mr. Montgomery failed to submit a complaint on the proper, Court-approved form. The order warned Mr. Montgomery that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. On September 6, 2007, Magistrate Judge Boland granted Mr. Montgomery's

request for an extension of time in which to cure the deficiencies listed in the August 2 order to cure. The minute order also warned Mr. Montgomery that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

Mr. Montgomery has failed within the time allowed to cure the deficiencies listed in the August 2, 2007, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 29 day of Oct., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-01634-BNB

Craig Ray Montgomery
Prisoner No. 60914
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/29/07

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk